UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*ME2 Productions, Inc., v John and Jane Doe 1-20*

Case No.

**COMPLAINT**

**Exhibit A**:   IP addresses

| No | IP | Hit Date UTC | File Name | File Hash | ISP | Region | Province |
|---|---|---|---|---|---|---|---|
| 1 | 70.176.24.29 | 2016-10-04 22:17:36 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 2 | 72.208.61.148 | 2016-10-04 21:25:01 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 3 | 68.111.15.104 | 2016-10-04 21:22:49 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Pima County |
| 4 | 68.230.26.148 | 2016-10-04 17:00:53 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 5 | 72.201.13.167 | 2016-10-04 16:02:17 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 6 | 68.98.86.248 | 2016-10-04 12:08:30 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 7 | 184.186.219.74 | 2016-10-04 08:20:40 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 8 | 68.226.24.22 | 2016-10-04 05:28:13 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 9 | 68.106.35.141 | 2016-10-04 05:26:40 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 10 | 72.201.230.44 | 2016-10-04 05:24:46 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 11 | 70.176.122.150 | 2016-10-04 05:24:04 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Cochise County |
| 12 | 70.162.225.234 | 2016-10-04 05:21:43 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 13 | 68.104.171.174 | 2016-10-04 05:09:25 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 14 | 24.255.15.8 | 2016-10-04 05:02:35 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 15 | 72.201.36.144 | 2016-10-04 04:51:04 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 16 | 24.251.188.196 | 2016-10-04 03:08:09 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 17 | 24.251.117.29 | 2016-10-04 02:35:41 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 18 | 24.251.21.160 | 2016-10-04 01:58:28 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Pima County |
| 19 | 98.172.96.105 | 2016-10-04 01:33:36 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Pinal County |
| 20 | 70.184.119.141 | 2016-10-04 01:02:45 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*ME2 Productions, Inc., v John and Jane Doe 1-20*

Case No.

**COMPLAINT**

**Exhibit B:** Certificate of Registration

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-998-057**

**Effective Date of Registration:**
August 02, 2016

## Title

**Title of Work:** Mechanic: Resurrection

**Previous or Alternate Title:** The Mechanic 2 aka The Mechanic II

**Nature of Claim:** Original Motion Picture

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 25, 2016
**Nation of 1st Publication:** United States
**Preregistration:** PRE000008863

## Author

- **Author:** ME2 Productions, Inc.
  **Author Created:** Entire Motion Picture
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** ME2 Productions, Inc.
318 N. Carson Street, #208, Carson City, NV 89701

## Limitation of copyright claim

**Material excluded from this claim:** Motion Picture Screenplay - PAu 3-773-822 - Registered August 6, 2014
**Previously registered:** Yes

**New material included in claim:** Cinematographic material including performance, production as a motion picture, editing and all audio and visual elements including photography, dialogue, music and special effects

## Certification

**Name:** Michael A. Hierl
**Date:** August 01, 2016

**Correspondence:** Yes

